# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| ROBERT L PACKNETT<br>7442 SPRING LAKE DRIVE<br>NEW ORLEANS LA 70126 | **25-10700**<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

NEED 2024 TAX RETURNS.

The hearing on confirmation is set for June 25, 2025 at 11:00 a.m..

**All cases will be called beginning at 8:30 AM according to debtor's attorney's last name wi**
**Pro Se called first, regardless of when the hearing is set.**

Attorney for debtor:

DEREK TERRELL RUSS
derekruss@russlawfirm.net

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

06/06/2025      by: /s/ Peter Bergeron