# United States Bankruptcy Court
Eastern District of Louisiana

---

| | |
|---|---|
| ROBERT L PACKNETT<br>7442 SPRING LAKE DRIVE<br>NEW ORLEANS LA 70126 | **25-10700**<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

(1) Chapter 13 plan is unfeasible and fails debtor's liquidation value of $628,125 . (2) Income is understated. Payment advices show monthly net income of $12,409, and Schedule "I" shows $7,163. (3) Provide BPO's for all immovable properties scheduled. (4) Provide documentation of ownership for all immovable properties scheduled. (5) Provide a 6-month profit and loss statement for IVRO 218-220 S. Robertson, LLC. (6) Provide description and total value of the assets, and total debts, of IVRO 218-220 S. Robertson, LLC. (7) Amend Schedule "C" to include homestead exemption, if applicable. (8) Need 4-year tax certification. (9) SOFA #1 is incomplete. (10) The Trustee's administrative fee is 10%.

The hearing on confirmation is set for June 25, 2025 at 11:00 a.m..

**All cases will be called beginning at 8:30 AM according to debtor's attorney's last name with Pro Se called first, regardless of when the hearing is set.**

Attorney for debtor:

DEREK TERRELL RUSS
derekruss@russlawfirm.net

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

06/16/2025   by: /s/ Peter Bergeron