**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Robert L Packnett** | **Case No.: 25-10700** |
| | **Section: A** |
| | **Chapter: 13** |
| Debtor(s) | |

**DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY**

Robert L Packnett (the "Debtor"), the debtor in the above-referenced chapter 13 bankruptcy case, files this Objection to the Motion for Relief from the Automatic Stay (the "Stay Relief Motion") filed by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS SERVICER FOR US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET ("Mover"). Mover's Stay Relief Motion should be denied or continued for the following reasons: Debtor is seeking to satisfy the outstanding arrears he owes to Mover by either lump sum cash payment or by installment payments via consent judgment.

For the foregoing reason the Debtor prays that Mover's Stay Relief Motion is denied or continued until Debtor has had an opportunity to satisfy the outstanding arrears Debtor owes to Mover; and prays for any other equitable relief to which he is entitled.

Dated: September 23, 2025

                                                                                       /s/ Derek Terrell Russ (#29667)
                                                                                       **Bankruptcy Center of Louisiana**
                                                                                       **700 Camp Street**
                                                                                       **New Orleans, LA 701130**
                                                                                       **504-522-1717 Fax:504-522-1715**
                                                                                       **derekruss@russlawfirm.net**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Robert L Packnett                                                    Case No.: 25-10700
                                                                                                         Section: A
                                                                                                         Chapter: 13

Debtor(s)

## CERTIFICATE OF SERVICE

On September 23, 2025, a copy of the following document, described below:

**Objection**

was deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon and/or was served via ECF to the parties listed on the attached creditor address matrix hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty or perjury of the laws of the United States that I have served the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Dated: September 23, 2025

                                                                /s/ Derek Terrell Russ (#29667)
                                                             **Bankruptcy Center of Louisiana**
                                                             **700 Camp Street**
                                                             **New Orleans, LA 70130**
                                                             **504-522-1717 Fax:504-522-1715**
                                                             **derekruss@russlawfirm.net**

```
American Express
PO. Box 297812
Fort Lauderdale, FL 33329-7812


Bureau of the Treasury
1300 Perdido Street
New Orleans, LA 70112


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Louisiana Department of Revenue
Bankruptcy Section
P.O. Box 66658
Baton Rouge, LA 70896


Newman Mathis
3501 N. Causeway Boulevard
Suite 300
Metairie, LA 70002


Newrez
601 Office Center Dr
Fort Washington, PA 19034-3275


Newrez, c/o Shellpoint Mtg Services
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603-0826


Small Business Administration
200 W. Santa Ana Boulevard
Santa Ana, CA 92701


Southern Loan Servicing, Inc.
2325 Manhattan Boulevard
Suite A
Harvey, LA 70058
```